Jason K. Singleton, State Bar #166170
P. O. BOX 245
Eureka, CA 95502
jsnsngltn@yahoo.com
707-362-6016

Attorney for Plaintiff
AMANDA SINGLETON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amanda Singleton,<br><br>    Plaintiff,<br><br>vs.<br><br>Carlton D. Floyd, Floyd Law Firm, a California Partnership, and DOES one to ten inclusive,<br><br>    Defendants. | Case No. 3:18-cv-02836-RS<br>ORDER<br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Date: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), that the above-entitled action has been settled and the parties hereby stipulate to its dismissal with prejudice with each party to pay her or its own attorneys' fees and costs, and request that a order of dismissal with prejudice be entered in the above entitled action pursuant hereto.

RESPECTFULLY SUBMITTED,

Dated: 20 December ___, 2018

                                                  Jason K. Singleton
                                                  Attorney for PLAINTIFF
                                                  AMANDA SINGLETON

Dated: December 20, 2018

_____
Carlton D. Floyd
FLOYD LAW FIRM
Defendants



IT IS SO ORDERED
Judge Richard Seeborg
Dated: 1/8/19
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:18-cv-02836-RS

2